UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE J. VIGIL,<br><br>   Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF CHILD SUPPORT SERVICES,<br><br>   Defendant. | Case No.  2:24-cv-2109-TLN-JDP<br><br>ORDER |

Plaintiff filed an unsigned complaint together with an unsigned application to proceed *in forma pauperis*. ECF Nos. 1 & 2. Rule 11 of the Federal Rules of Civil Procedure requires that "[e]very pleading, written motion, and other paper . . . be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a). Because plaintiff did not sign the complaint nor the application to proceed *in forma pauperis*, both will be disregarded. Within thirty days, plaintiff shall submit a signed complaint and either a signed application to proceed *in forma pauperis* or pay the filing fee.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's unsigned complaint, ECF No. 1, is disregarded.

2. Plaintiff's unsigned application to proceed *in forma pauperis*, ECF No. 2, is disregarded.

1

3. The Clerk of the Court is directed to send plaintiff a complaint form and the form application for leave to proceed *in forma pauperis* used in this court.

4. Within thirty days of the date of this order, plaintiff shall submit a signed complaint and either a signed application to proceed *in forma pauperis* or pay the filing fee.

5. Failure to comply with this order may result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   February 24, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2