UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE J. VIGIL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF CHILD SUPPORT SERVICES,<br><br>　　　　　　Defendant. | Case No.  2:24-cv-2109-TLN-JDP (PS)<br><br>ORDER |

Plaintiff seeks leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  His declaration makes the showing required by 28 U.S.C. §1915(a).  *See* ECF No. 5.  Accordingly, the request to proceed *in forma pauperis* is granted.  28 U.S.C. § 1915(a).

IT IS SO ORDERED.

Dated:    April 15, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1